JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Luis Marquez, | Case No. 2:20-cv-01489-AB-RAO |
| --- | --- |
| Plaintiff, | Honorable Judge Andre Birotte Jr. |
| v. | **JUDGMENT** |
| Alpha Beta Company, an California Corporation; and DOES 1-10, | |
| Defendants. | |

The Court granted Defendant's motion for summary judgment as to Plaintiff's ADA claim with prejudice, and declined to exercise supplemental jurisdiction over Plaintiff's Unruh Civil Rights Act claim. IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that Plaintiff's ADA claim is dismissed with prejudice and judgment be entered for Defendant thereon, and that Plaintiff's Unruh Civil Rights Act claim be dismissed without prejudice.

DATED: June 28, 2021

_____
Honorable Judge Andre Birotte Jr.
United States District Court Judge